UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-629 (FSH)
           v.            :
EARL DOZIER             : <u>CONTINUANCE ORDER</u>

A criminal indictment charging the defendant with possessing a firearm as a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1), having been filed on August 18, 2009; and the defendant having appeared before the Court for an arraignment on September 14, 2009; and the defendant having been represented by Peter Carter, Esq.; and no bail having been set by the Court; and the defendant and his counsel, being aware that the defendant has the right under 18 U.S.C. § 3161(c)(1) to a trial within seventy (70) days of his indictment; and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the defendant hereby requests a second continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit additional time necessary for the parties to attempt to reach a plea agreement and thereby avoid a possible trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this ___9th___ day of __November__, 2009, ORDERED that from the date this Order is entered, to and

including January 15, 2009, shall be excluded in calculating the time under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time in order to attempt to reach a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Zahid N. Quraishi
Assistant U.S. Attorney

_____
Peter Carter, Esq.
Counsel for Earl Dozier

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge